UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH PEPE, III | CIVIL ACTION |
| VERSUS | CASE NO: 22-4012 |
| SANDRA NADINE GILL | SECTION: "R" (4) |

ORDER OF TRANSFER

It appears from the record that the subject matter of the above-captioned case comprises a material part of the subject matter of *Joseph Pepe, III v. New York Life Insurance Company*, Civil Action No. 22-4005, previously allotted to Section "R" (5) of this Court.

Accordingly

**IT IS ORDERED** that this matter is hereby transferred to Section "R" (5) for further proceedings.

New Orleans, Louisiana, this 7th day of February 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

2/7/23
TRANSFERRED TO
**SECT. R MAG 5**